UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Vincent E. Zirker, | ) | Case No. 3:07-cv-0378 |
| | ) | |
| | ) | Judge Campbell |
| Plaintiff, | ) | Magistrate Judge Griffin |
| | ) | |
| v. | ) | |
| | ) | |
| Metro Nashville Police Department, et al., | ) | |
| | ) | |
| Defendants | ) | |

DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's "Default Judgment Under Rule 55(a)(b)(e)" against Defendant Leopoldo Lopez, which the Clerk will construe as a request to enter default pursuant to Federal Rule of Civil Procedure 55(a) (Docket Entry 33). The request is denied as Defendant has filed a Motion for Extension of Time (Docket Entry No. 30) raising important issues for the Court's consideration. The Clerk will not enter default while the motion is pending, but Plaintiff may file a new request to enter default should Defendant Lopez fail to follow the Court's instruction upon rendering a ruling on the motion for extension of time.

For the reasons stated above, the Clerk declines to enter default pursuant to FRCP55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court