IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VINCENT E. ZIRKER | ) |
| | ) |
| v. | ) NO. 3:07-0378 |
| | ) JUDGE CAMPBELL |
| METRO NASHVILLE POLICE | ) |
|   DEPARTMENT, et al. | ) |

ORDER

Pending before the Court are two Reports and Recommendations from the Magistrate Judge (Docket Nos. 43 and 44), to which no Objections have been filed.

The Court has reviewed the Reports and Recommendations and the file. The Reports and Recommendations are adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendant Metro Nashville Police Department (Docket No. 27) is GRANTED, and all claims against the Metro Nashville Police Department are DISMISSED; all "official capacity" claims against Defendants Lopez and Fisher are DISMISSED; Plaintiff's Motion for Summary Judgment (Docket No. 35) is DENIED without prejudice; and all claims against Defendants Melozoni and Smith are DISMISSED.

This action is set for trial by contemporaneous Order.

IT IS SO ORDERED.

                                                   _____
                                                   TODD J. CAMPBELL
                                                   UNITED STATES DISTRICT JUDGE