# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| VINCENT E. ZIRKER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.:   03:07-0378 |
| | ) | **Judge Campbell** |
| **METRO-NASHVILLE POLICE** | ) | |
| **DEPARTMENT, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT LEOPOLDO LOPEZ'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

In response to Plaintiff's First Set of Interrogatories, Defendant Lopez, in his individual capacity, responds as follows:

1.     What is your full name, badge or identification number, height, weight, and date of birth?

ANSWER:

Leopoldo Polo Lopez. 5'8" 153 pounds  4/13/70

2     With regards to your occupation or employment from the date you first began working at full time employment to the present state:

    a.       the name and address of any and all employers;

    b.       for each job, the nature of your work and duties;

    c       for each job, the date and reason you left the employment;

ANSWER:

No

10. What is your monthly net wage after deduction withholding made for income tax, social security, medical insurance, pensions, and other like deductions or withholdings?

ANSWER:

Approximately $200.00 per month.

11. Describe any investments you presently have which yield income, including nature and amount of each investment.

ANSWER:

None.

12. Describe any property (real) or proprietary or possessory interest which you hold, including the identity, location and nature of each interest and the amount of income realized.

ANSWER:

None.

13. State specifically and in detail the date and exact sequence of events that took place during the interaction between you and the plaintiff.

ANSWER:

I was an officer on the scene of a traffic stop involving the plaintiff in which the passenger of the vehicle fled on foot. I pursued and assisted in the apprehension of the passenger of the vehicle. The driver of the vehicle, to the best of my recollection, was taken into custody by officer Wayne Fisher. The

6