IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VINCENT E. ZIRKER )
)
v. ) NO. 3:07-0378
) JUDGE CAMPBELL
METRO NASHVILLE POLICE )
DEPARTMENT, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 150) and Objections filed by the Plaintiff (Docket No. 152). The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, the Motion for Summary Judgment filed by Defendant Lopez (Docket No. 100) is GRANTED, and all claims against Defendant Lopez are DISMISSED. In addition, the Motion for Summary Judgment filed by Defendants Sanders and Fisher (Docket No. 103) is GRANTED, and all claims against Defendants Sanders and Fisher are DISMISSED.

In light of this Order, Plaintiff's pending Motion in Limine (Docket No. 134) is DENIED, and the trial set for August 25, 2009 and pretrial conference set for August 3, 2009, are canceled.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. Any appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Therefore, the Plaintiff is not certified to pursue an appeal in forma pauperis. Id.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE