To: Judge Haynes, Jr. / Clerk

From: Vincent E. Zirker

#16663-075                                    2-3-11

United States Penitentiary

Lompoc, CA 93436

RECEIVED 2-8-11
FEB -7 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

3:09cv403

Hope this letter finds you in great spirits!!!!!!!

*[Handwritten annotation: ORDER. The Clerk shall enter this order in each action. The Clerk shall provide the copies of the Docket Sheet requested. Petitioner's counsel in his §2255 shall file a report on the disposition of Case No. 3:09-403 within 30 days of this order. Also 3:07cv378. WJH 3-11-11]*

(1). Sir, I am writing concerning the attorney appointed Ms. Deanna B. Johnson. I was suppose to be filing an reply to the governments response. To this date I haven't been able to contact her by phone or by letter, especially being out here in California where there is a two hour difference. Sir, the only thing I am asking is to have a full fledge oppotunity to have part in litigating my 4th Amendment claim an other issue's presented to you in my § 2255. Sir, I would like to have an oppotunity to meet with Ms. Johnson in order to explain my issue's. I still have other proceeding after this.

(2). I requested an Certificate Of appealability concerning my Civil Action on the question, How can the court find the police officer's more creditable than me, when I was aquitted at federal trial by the jury? Sir, this question has a broad interpretation and that the law in criminal cases doesn't allow the court to overturn an jury verdict found by an jury unless it is clearly erroneous. Sir I have yet to receive an response, could I please have a copy of my dockket sheets Civil Action 3:07-0378 an a copy of the last two pages of my criminal docket of the filing of my § 2255.

Always Respectable to you in your

Court Room.

*V. E. Zirker*
2-3-11

(45)